USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAITE NATHALY,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

1:20-CV-5702

ORDER OF SERVICE

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Clerk of Court shall notify the U.S. Attorney's Office for the Southern District of New York of the filing of this pro se case, brought under 42 U.S.C. § 405(g), for which the filing fee has been waived. This Order shall not supersede the prior scheduling order issued in this case at ECF No. 6. The Clerk of Court is respectfully requested to send a copy of this Order to the pro se Plaintiff.

**SO ORDERED.**

Dated: October 27, 2020
       New York, New York

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge