

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/22/2021

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, NY 10007

January 22, 2021

BY ECF

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

SO ORDERED:

*/s/ Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

**01/22/2021**

Re:  Nathaly Marte v. Comm'r of Soc. Sec.
       20 Civ. 5702 (JPC) (KHP)

Dear Judge Parker:

     Pursuant to the schedule in the above-referenced Social Security case, the administrative record is due on January 25, 2021.  We write respectfully to request, with the consent of plaintiff, who is proceeding *pro se*, that the time to file the record be extended for 60 days, until March 26, 2021.  The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic.  No prior adjournment has been requested in this matter.  We appreciate the Court's consideration of this request.

                      Respectfully,

                      AUDREY STRAUSS
                      United States Attorney

By:        s/ *Susan D. Baird*
            SUSAN D. BAIRD
            Assistant United States Attorney
            tel. (212) 637-2713
            Susan.Baird@usdoj.gov

cc:    BY ECF
       Nathaly Marte