

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/23/2021

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd floor
New York, NY 10007

March 23, 2021

BY ECF

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**

Hon. Katharine H. Parker, U.S.M.J.
03/23/2021

Re:  Nathaly Marte v. Comm'r of Soc. Sec.
      20 Civ. 5702 (JPC) (KHP)

Dear Judge Parker:

Pursuant to the schedule in the above-referenced Social Security case, the administrative record is due on March 26, 2021. We write respectfully to request, with the consent of plaintiff, who is proceeding *pro se*, that the time to file the record be extended for 60 days, until May 25, 2021. The reason for this request is the Social Security Administration needs more time to prepare the record. As a result of the pandemic SSA has had to redesign its business process to produce records remotely, and is also faced with the challenge of a significant increase in the number of new cases filed. One prior adjournment was granted in this matter. We appreciate the Court's consideration of this request.

Respectfully,

AUDREY STRAUSS
United States Attorney

By:    s/ *Susan D. Baird*
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
Susan.Baird@usdoj.gov

cc:    BY ECF
       Nathaly Marte