

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/25/2021

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, NY 10007

May 24, 2021

BY ECF

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

**Defendant's deadline to file the administrative record is hereby extended 14 days until June 8, 2021.**

SO ORDERED:

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
05/25/2021

Re: Nathaly Marte v. Comm'r of Soc. Sec.
20 Civ. 5702 (JPC) (KHP)

Dear Judge Parker:

Pursuant to the schedule in the above-referenced Social Security case, the administrative record is due on May 25, 2021. We write respectfully to request that the time to file the record be extended for 60 days, until July 26, 2021. The reason for this request is the Social Security Administration needs more time to prepare the record. As a result of the pandemic SSA has had to redesign its business process to produce records remotely, and is also faced with the challenge of a significant increase in the number of new cases filed.

We have attempted to obtain the consent of plaintiff, who is proceeding *pro se*, to this adjournment, but she did not respond to two voicemail messages. Two prior adjournments were granted in this matter.

We appreciate the Court's consideration of this request.

Respectfully,

AUDREY STRAUSS
United States Attorney

By:      s/  *Susan D. Baird*
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
Susan.Baird@usdoj.gov

cc:  BY ECF
Nathaly Marte