USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAITE NATHALY,

             Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

             Defendant.

1:20-CV-5702

ORDER

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court has been made aware of the Defendant's unsuccessful attempts to reach Plaintiff. The Court hereby orders Plaintiff to participate in litigation and comply with court ordered deadlines or face dismissal of the case for failure to prosecute.

    **SO ORDERED.**

Dated:   August 23, 2021
           New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge